IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19-CR-146-B |
|---|---|
| v. | |
| LEAH HAGEN (01)<br>MICHAEL HAGEN (02) | |

**UNITED STATES' AMENDED NOTICE OF INTENT TO OFFER EVIDENCE
PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(14)**

The United States of America (the government) hereby notifies the defendants of the government's intent to introduce the following evidence by affidavit or declaration as follows.

**A. Business Records Under FRE 902(11)**

The government intends to introduce business records by affidavit or declaration under Rules 803(6) and 902(11) of the Federal Rules of Evidence as follows:

| Government Exhibit(s) | Description | Affidavit Date(s) | Affidavit Exhibit(s) |
|---|---|---|---|
| 100 | EFT Authorization Agreement for Leah Hagen dba Metro DME Supply, LLC, provided by PalmettoGBA's National Supplier's Clearinghouse | 11/18/2020 | 100A |
| 104 | Medicare Provider Enrollment Application for Leah and Michael Hagen dba Metro DME Supply, LLC, provided by PalmettoGBA's National Supplier's Clearinghouse | 4/23/2020 | 104A |
| 102<br>103 | Medicare Electronic Funds Transfer (EFT) Authorization Agreement and records of Medicare remittances advices for Leah Hagen dba Metro DME Supply, LLC, provided by Qlarant Integrity Solutions | 4/17/2020 | 106 |
| 105 | Medicare Administrative Contractor (the MAC) remittance records for Leah Hagen, provided by CGS Administrators, LLC | 2/19/2019 | 105 |

United States' Amended Notice Under FRE 902(11) and 902(14)—Page 1

| Government Exhibit(s) | Description | Affidavit Date(s) | Affidavit Exhibit(s) |
|---|---|---|---|
| 200 | Records of Medicare claims data for Leah Hagen dba Metro DME Supply, LLC, provided by Qlarant Integrity Solutions | 11/4/2019 | 200A |
| 201 201A | Records of Aetna claims data for Leah Hagen dba Metro DME Supply, LLC, and Ortho Pain Solutions, LLC, provided by Aetna | 4/15/2019 | 201B |
| 202 202A | Records of Humana claims data for Leah Hagen, Metro DME Supply, LLC and Ortho Pain Solutions, LLC, provided by Humana | 3/5/2020 | 202B |
| 204 204A | Records of United Healthcare claims data for Metro DME Supply and Ortho Pain Solutions, provided by United Healthcare | 2/13/2020 | 204B |
| 301 through 301C | Bank records provided by Bank of America relating to Leah R. Hagen and Michael Hagen with account number ending in 9436 | 1/22/2019; 11/24/2020 | 308 |
| 300 300A | Bank records provided by Bank of America relating to Leah R. Hagen and Michael Hagen with account number ending in 7346 | 1/22/2019; 11/24/2020 | 308 |
| 302 through 302C | Bank records provided by Bank of America relating to Metro DME Supply, LLC with account number ending in 1492 | 1/22/2019 | 308 |
| 303 through 303B | Bank records provided by Bank of America relating to Metro DME Supply, LLC with account number ending in 7936 | 1/22/2019 | 308 |
| 304 through 304B | Bank records provided by Bank of America relating to Metro DME Supply, LLC with account number ending in 8032 | 1/22/2019; 11/24/2020 | 308 |
| 305 through 305C | Bank records provided by Bank of America relating to Ortho Pain Solutions, LLC with account number ending in 7565 | 1/22/2019; 11/24/2020 | 308 |
| 306 through 306A | Bank records provided by Bank of America relating to Ortho Pain Solutions, LLC with account number ending in 9911 | 1/22/2019; 11/24/2020 | 308 |

**United States' Amended Notice Under FRE 902(11) and 902(14)—Page 2**

| Government Exhibit(s) | Description | Affidavit Date(s) | Affidavit Exhibit(s) |
|---|---|---|---|
| 307A | Wire transaction details provided by Bank of America relating to the bank records for Leah R. Hagen, Michael Hagen, Metro DME Supply, LLC, Malesco, LLC, and Ortho Pain Solutions, LLC, from 1/1/2015 to 1/10/2019 | 1/22/2019; 11/24/2020 | 308 |
| 307 307B | Wire transaction detail provided by Bank of America relating to the bank records for Leah R. Hagen, Michael Hagen, Metro DME Supply, LLC, and Ortho Pain Solutions, LLC | 11/24/2020 | 308 |
| 501 504 507 508 510 511 515 521 522 532 | Unified Program Integrity Contractor (the UPIC) South East records provided by SafeGuard Services, LLC relating to Leah Hagen dba Metro DME Supply, LLC | 4/14/2020 | 535 |
| 517 520 524 525 530 | UPIC Midwest records provided by CoventBridge (USA) Inc. relating to Leah and Michael Hagen dba Metro DME Supply, LLC | 4/23/2020 | 536 |
| 529 | UPIC North East records provided by SafeGuard Services, LLC relating to Leah Hagen dba Metro DME Supply, LLC | 4/20/2020 | 537 |
| 500 518 526 527 | UPIC South East records provided by SafeGuard Services, LLC relating to Leah Hagen dba Metro DME Supply, LLC | 4/24/2020 | 538 |
| 503 505 506 514 516 | UPIC South West records provided by Qlarant Integrity Solutions relating to Leah Hagen dba Metro DME Supply, LLC | 4/24/2020 | 539 |
| 502 509 512 513 523 531 | UPIC West records provided by Qlarant Integrity Solutions relating to Metro DME Supply, LLC | 4/22/2020 | 540 |

**United States' Amended Notice Under FRE 902(11) and 902(14)—Page 3**

### B. Data Authenticated by a Process of Digital Identification Under FRE 902(14)

Further, the government notifies the defendants of its intent to introduce data copied from an electronic device, storage medium, or file as authenticated by a process of digital identification, by affidavit or declaration under 902(11) and 902(14) of the Federal Rules of Evidence as follows:

| Government Exhibit(s) | Description | Affidavit Date | Affidavit Exhibit |
|---|---|---|---|
| 804<br>805 | Patient Audio Recordings for beneficiary J.M. Imaged from Electronic Devices Seized Pursuant to Premises Search Warrant | 12/1/2020 | 813 |
| 806<br>807<br>808<br>808A<br>809A<br>809B<br>809C<br>811<br>811A<br>811B<br>811C<br>812<br>812A | Patient Audio Recordings and Doctors' Orders Extracted from Codero Server Obtained Pursuant to Search Warrant | 12/3/2020 | 814 |
| 402<br>402A<br>403<br>404<br>405<br>406 | Client Accounting CRM Portal Screenshots, Master Lists, and Payments Extracted from Codero Server Obtained Pursuant to Search Warrant | 4/30/2021 | 816 |
| 909<br>910<br>911 | Extraction Reports of Skype Conversations from Leah Hagen's Apple iPad Mini 4 Obtained Pursuant to Search Warrant | 11/9/2020 | 912 |
| 900<br>901<br>902<br>903<br>904<br>905<br>906 | Extraction Reports of Skype Conversations from Herbert Kimble's Macbook | 12/3/2020 | 815 |

| Government Exhibit(s) | Description | Affidavit Date | Affidavit Exhibit |
|---|---|---|---|
| 907 908 914 916 | | | |

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

DANIEL KAHN
ACTING CHIEF
FRAUD SECTION, CRIMINAL DIVISION

*/s/ Brynn A. Schiess*
Brynn A. Schiess, Trial Attorney
Fraud Section, Criminal Division
Department of Justice
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8608
Brynn.schiess@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court.

*/s/ Brynn A. Schiess*
Brynn A. Schiess
Trial Attorney